FILED
Nov 24  2 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

————————————————————X

LOUIS E. MICHAUD and
DEBORAH A. MICHAUD

    Plaintiffs

v.

M/V ALMAR, Her Engines,
Tackle, Apparel & Furniture, *in rem*
ANGELSEA MARITIME, INC. AND
VAN OMMEREN BULK SHIPPING B.V.,
a/k/a VOC BULK SHIPPING B.V., and its legal
successors, *in personam*

    Defendants

————————————————————X

CIV. NO.: 3:02 CV 1222 (PCD)

NOVEMBER 20, 2003

## PARTIES' JOINT MOTION TO EXTEND THE TIME TO FILE THE JOINT TRIAL MEMORANDUM AND TO CERTIFY THE CASE READY FOR TRIAL

Upon the joint motion of plaintiffs, Louis E. Michaud and Deborah A. Michaud, and of the defendant-vessel and its owners and charterer, and upon the following good cause shown, the parties respectfully move this Court for an extension of time of the deadlines to file the joint trial memorandum and to certify the case ready for trial as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Joint Trial Memorandum | December 15, 2003 | February 15, 2004 |
| Case Ready for Trial | January 15, 2004 | March 15, 2004 |

## REASONS FOR REQUESTED EXTENSIONS OF TIME

This is an admiralty action against a vessel and its charterer by a discharging longshoreman who sustained serious personal injuries aboard the M/V Almar in New Haven, Connecticut on August 27, 1999.

Issue has been joined by defendants by the filing of responsive pleadings to the Complaint.

The parties' Rule 26(f) Report was approved and accepted in part by this Honorable Court on May 8, 2003.

The parties' one previous request to extend the Scheduling Order dates was approved by this Honorable Court on July 14, 2003.

Since July, 2003, the following pretrial proceedings have taken place.

1.  Plaintiff, Louis E. Michaud, was produced for deposition on July 22, 2003.

2.  On September 29, 2003, the defendant-vessel owner advised that the vessel's former master and chief officer were no longer in vessel owner's employ.

3.  On September 29, 2003, the defendant-vessel owner served Responses and Objections to plaintiffs' Rule 34 Request for Production and made its F.R.C.P. 26 (a)(1) Disclosure.

4. On October 3, 2003 and October 20, 2003, the defendant-vessel owner made disclosure of load ports documentation.

5. On October 8, 2003, the defendant-vessel owner served a copy of the vessel's deck log in the Greek language. Translations from Greek to English, with the appropriate stipulation relative to transcription accuracy, are being undertaken by the parties.

6. On October 14, 2003, the defendant-vessel owner identified and produced its liability expert's report in which it was disclosed that certain documents had been reviewed by the expert. Plaintiffs have requested and have just received copies of the investigation reports and correspondence relied upon by the defendant's expert.

7. On October 3, 2003, October 24, 2003 and October 28, 2003, the defendant charterer identified and produced its liability expert's completed report.

8. The parties are engaged in exchanging deck log book translations and recently identified documentation which must be obtained, reviewed and evaluated for purpose of identifying witnesses and for inclusion in the proposed joint trial memorandum. The parties will not be able to complete these tasks in time to prepare the final Joint Trial Memorandum before December 15, 2003.

Finally, the parties anticipate being in a position to request a settlement conference before this Court's available Magistrate Judge or para-judicial officer during the next sixty (60) days.

WHEREFORE, for the aforesaid reasons, the parties respectfully request the aforesaid extensions of time.

        THE PLAINTIFFS

        LOUIS E. MICHAUD and
        DEBORAH A. MICHAUD

By:         _____
        Robert K. Marzik, Esq. (ct05296)
        Law Offices of Robert K. Marzik, P.C.
        1512 Main Street
        Stratford, CT 06615
        (203) 375-4803

        THE DEFENDANTS

        M/V ALMAR and
        ANGELSEA MARITIME, INC.

By:         _____
        Thomas L. Tisdale (ct06793)
        Tisdale & Lennon, LLC
        10 Spruce Street
        Southport, CT 06490
        (203) 254-8474

        THE DEFENDANT

        VAN OMMEREN BULK SHIPPING, B.V.

By:         _____
        Manuel R. Llorca, Esq. (ct07921)
        Skoufalos, Llorca & Ziccardi, LLP
        2187 Atlantic Street
        Stamford, CT 06902
        (203) 325-9010

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Parties' Joint Motion to Extend the Time to File the Joint Trial Memorandum and to Certify the Case Ready for Trial has been sent via first class mail, postage prepaid, this 20th day of November, 2003 to the following:

Manuel R. Llorca, Esq.
Law Offices of Skoufalos, Llorca & Ziccardi, LLP
2187 Atlantic Street
Stamford, CT 06902

Thomas L. Tisdale, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

                                                      _____
                                                      Robert K. Marzik