JMext

FILED
'03 [DEC] 24  2:12 PM
U.S. DISTRICT COURT
NEW HAVEN CONN.

17

FILED
DEC 9 3:04
[illegible]

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

――――――――――――――――X

LOUIS E. MICHAUD and
DEBORAH A. MICHAUD

   Plaintiffs

v.

M/V ALMAR, Her Engines,
Tackle, Apparel & Furniture, *in rem*
ANGELSEA MARITIME, INC. AND
VAN OMMEREN BULK SHIPPING B.V.,
a/k/a VOC BULK SHIPPING B.V., and its legal
successors, *in personam*

   Defendants

――――――――――――――――X

CIV. NO.: 3:02 CV 1222 (PCD)

NOVEMBER 20, 2003

### PARTIES' JOINT MOTION TO EXTEND THE TIME TO FILE THE JOINT TRIAL MEMORANDUM AND TO CERTIFY THE CASE READY FOR TRIAL

Upon the joint motion of plaintiffs, Louis E. Michaud and Deborah A. Michaud, and of the defendant-vessel and its owners and charterer, and upon the following good cause shown, the parties respectfully move this Court for an extension of time of the deadlines to file the joint trial memorandum and to certify the case ready for trial as follows:

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Joint Trial Memorandum | December 15, 2003 | February 15, 2004 |
| Case Ready for Trial | January 15, 2004 | March 15, 2004 |

[Handwritten margin note:] December 9, 2003. Granted in part. The Trial Preparation Order compliance dates shall be: Part A- January 16, 2004, Part B- January 30, 2004, Part C- February 13, 2004. The case shall be deemed ready for trial on February 16, 2004. A conference with a parajudicial officer shall be held on January 14, 2004 at 9:00 AM.