FILED

Jan 14  11 34 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------X
LOUIS E. MICHAUD and
DEBORAH A. MICHAUD

        Plaintiffs,                    Case Number: 3:02 CV 1222 (PCD)

   -against-

M/V ALMAR, her engines,            **APPEARANCE**
tackle, apparel & Furniture, *in rem*,
ANGELSEA MARITIME, INC. and
VAN OMMEREN BULK SHIPPING B.V.,
*In personam*,

                                              January 13, 2004
        Defendants.
-------------------------------------------------X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant, VAN OMMEREN BULK SHIPPING B.V.

I certify that I am admitted to practice in this court.

Dated: Stamford, Connecticut
       January 13, 2004

                                Stephan Skoufalos (CT 12809)
                                SKOUFALOS, LLORCA & ZICCARDI, LLP
                                Clearwater House
                                2187 Atlantic Street
                                Stamford, Connecticut 06902
                                Phone: (203) 325-9010
                                Fax: (203) 325-9011
                                e-mail: ss@skoufalosllorca.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via U.S. Mail, postage prepaid, on this 13th day of January, 2004 to the following:

Robert K. Marzik, Esq.
Law Offices of Robert K. Marzik, PC
1512 Main Street
Stratford, Connecticut 06615
Fax: (203) 386-0136

Thomas L. Tisdale, Esq.
Tisdale & Lennon LLC
10 Spruce Street
Southport, Connecticut 06890
Fax: (203) 254-1641

Stephan Skoufalos