UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALENDAR RE: SETTLEMENT/STATUS CONFERENCE
-------------------------------------------------------

| | |
|---|---|
| Case: | Louis E. Michaud, et al. v. Almar, M/V, in rem, et al. |
| Docket Number: | 3:02cv1222 (PCD) |
| Date: | Wednesday, January 14, 2004, at 12:00 p.m. |

*Held*

Chambers of Hon. Peter C. Dorsey
United States Courthouse
141 Church Street
New Haven, Connecticut 06510
Lawrence W. Iannotti, PJO

Counsel shall submit an ex parte memorandum to the parajudicial officer in care of the above address, not later than three (3) days prior to the date of said conference, setting forth the following:

(1)     their positions with respect to the claims, demand/offers made;
(2)     the discovery planned and the time required therefor;
(3)     substantive motions contemplated.

In personal injury cases, available copies of medical reports must be attached.

Counsel shall be prepared to discuss the elimination of claims not properly in the case or not to be pursued and all essential discovery.  EACH INDIVIDUAL PARTY OR ENTITY WILL BE PRESENT OR REPRESENTED, PREPARED AND AUTHORIZED TO SETTLE.

This conference is intended at the earliest possible time to:

(1)     remove all claims not seriously pursued;
(2)     narrow the scope of disclosure and the time required; and
(3)     consider settlement before substantial expense, attorney fees and resources are expended.

CONFERENCES ARE TO BE REGARDED AS COURT COMMITMENTS.  NO EXTENSIONS WILL BE GRANTED, UNLESS IN WRITING, SUBMITTED AT THE EARLIEST POSSIBLE DATE REFLECTING GOOD CAUSE, AND APPROVED BY THE COURT.

Dated at New Haven, Connecticut, December 9, 2003.

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK