UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

LOUIS E. MICHAUD and
DEBORAH A. MICHAUD

       Plaintiffs

v.

M/V ALMAR, Her Engines,
Tackle, Apparel & Furniture, *in rem*
ANGELSEA MARITIME, INC. AND
VAN OMMEREN BULK SHIPPING B.V.,
a/k/a VOC BULK SHIPPING B.V., and its legal
successors, *in personam*

       Defendants

---------------------------------------------------------X

CIV. NO.: 3:02 CV 1222 (PCD)

JANUARY 16, 2004

## NOTICE OF SERVICE OF TRIAL PREPARATION ORDER SECTION A

Notice is hereby given that the plaintiffs, Louis E. Michaud and Deborah A. Michaud have served Section A of the Trial Preparation Order dated January 16, 2004, via e-mail upon the following:

Thomas L. Tisdale, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

Stephan Skoufalos, Esq.
Skoufalos, Llorca & Ziccardi, LLP
2187 Atlantic Street
Stamford, CT 06902

                         THE PLAINTIFFS
                         LOUIS E. MICHAUD and
                         DEBORAH A. MICHAUD

By: _____
     Robert K. Marzik, Esq. (ct05296)
     Law Offices of Robert K. Marzik, P.C.
     1512 Main Street
     Stratford, CT 06615
     (203) 375-4803 – Telephone
     (203) 386-0136 – Facsimile

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Notice of Service of Trial Preparation Order Section A was sent via e-mail this 16th day of January, 2004 to the following:

Thomas L. Tisdale, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

Stephan Skoufalos, Esq.
Skoufalos, Llorca & Ziccardi, LLP
2187 Atlantic Street
Stamford, CT 06902

_____
Robert K. Marzik