UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 23  8 10 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LOUIS E. MICHAUD and<br>DEBORAH A. MICHAUD,<br>　　Plaintiffs, | :<br>:<br>:<br>: |
| v. | : Civ. No. 3:02cv1222 (PCD) |
| M/V ALMAR, Her Engines Tackle,<br>　Apparel & Furniture, *in rem*,<br>　ANGELSEA MARITIME, INC.<br>　AND VAN OMMEREN BULK<br>　SHIPPING B.V., a/k/a VOC BULK<br>　SHIPPING B.V., and its legal<br>　successors, *in personam*,<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Pursuant to FED. R. CIV. P. 41(a), and in light of the parties' representation to the Court, the parties' stipulation of dismissal is approved. The above entitled action is hereby **dismissed** without prejudice to either party to reopen in order to enforce the settlement agreement. Jurisdiction is therefore retained for that purpose.

SO ORDERED.

Dated at New Haven, Connecticut, February 20, 2004.

　　　　　　　　　　　　　　　　　　　Peter C. Dorsey
　　　　　　　　　　　　　　　　Senior United States District Judge