UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Feb 27  9 40 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------X
LOUIS E. MICHAUD and
DEBORAH A. MICHAUD,

    Plaintiffs,

    -against-

M/V ALMAR, her engines, tackle, apparel
& furniture, *in rem*, ANGELSEA
MARITIME, INC. and VAN OMMEREN
BULK SHIPPING B.V., a/k/a VOC BULK
SHIPPING, B.V., and its legal successors,
*in personam*,

    Defendants.
-------------------------------------------------X

3:02 CV 1222 (PCD)

FEBRUARY 19, 2004

## STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)

It is hereby stipulated and agreed by and between the undersigned counsel that the above-captioned matter, including all claims and cross-claims, be and hereby are dismissed with prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure Rule 41(a).

Dated: Southport, CT
February 19, 2004

LOUIS E. MICHAUD and
DEBORAH A. MICHAUD,

By: *[signature]*

Robert K. Marzik, Esq. (CT#05296)
Law Offices of Robert K. Marzik
1512 Main Street
Stratford, CT 06615
Marzikr@aol.com
(203) 375-4803
Fax: (203) 386-0136

ANGELSEA MARITIME, INC. and
M/V ALMAR, *in rem,*

By: /s/ Thomas L. Tisdale
Thomas L. Tisdale, Esq. (CT#06793)
TISDALE & LENNON, LLC
10 Spruce Street
Southport, CT 06890
ttisdale@tisdale-lennon.com
(203) 254-8474
Fax: (203) 254-1641


VAN OMMEREN BULK SHIPPING B.V., a/k/a VOC BULK SHIPPING, B.V.

By: /s/ Stephen Skoufalos
Stephen Skoufalos, Esq. (CT# 12809)
Skoufalos, Llorca & Ziccardi
Clearwater House
2187 Atlantic Street
Stamford, CT 06902
ss@skoufalosllorca.com
(203) 325-9010
Fax: (203) 325-9011

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

LOUIS E. MICHAUD and
DEBORAH A. MICHAUD

       Plaintiffs

v.

M/V ALMAR, Her Engines,
Tackle, Apparel & Furniture, *in rem*
ANGELSEA MARITIME, INC. and
VAN OMMEREN BULK SHIPPING B.V.,
a/k/a VOC BULK SHIPPING B.V., and its legal
successors, *in personam*

       Defendants

---------------------------------------------------------X

CIV. NO.: 3:02 CV 1222 (PCD)

FEBRUARY 26, 2004

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Stipulation and Order of Dismissal Pursuant to FED.R.CIV.P. 41(a) was sent via Federal Express this 26th day of February, 2004 to the following:

Thomas L. Tisdale, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06490

Stephan Skoufalos, Esq.
Skoufalos, Llorca & Ziccardi, LLP
2187 Atlantic Street
Stamford, CT 06902

_____
Robert K. Marzik