UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
LOUIS E. MICHAUD and
DEBORAH A. MICHAUD,

   Plaintiffs,

-against-

M/V ALMAR, her engines, tackle, apparel
& furniture, *in rem*, ANGELSEA
MARITIME, INC. and VAN OMMEREN   3:02 CV 1222 (PCD)
BULK SHIPPING B.V., a/k/a VOC BULK
SHIPPING, B.V., and its legal successors,
*in personam*,

   Defendants.      FEBRUARY 19, 2004
------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)

It is hereby stipulated and agreed by and between the undersigned counsel that the above-captioned matter, including all claims and cross-claims, be and hereby are dismissed with prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure Rule 41(a).

Dated: Southport, CT
   February 19, 2004

LOUIS E. MICHAUD and
DEBORAH A. MICHAUD,

By: _/s/ Robert K. Marzik_
Robert K. Marzik, Esq. (CT#05296)
Law Offices of Robert K. Marzik
1512 Main Street
Stratford, CT 06615
Marzikr@aol.com
(203) 375-4803
Fax: (203) 386-0136

**ORDERED ACCORDINGLY**
**KEVIN F. ROWE**
Clerk, U.S. District Court

By_____
   Deputy Clerk